Chad Michael Landau
7175 East Camelback Road, Suite 707
Scottsdale, AZ 85251
*Pro Per*

FILED USBC CLRK PHX
2020 SEP 3 PM 2:07

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AESTHETIC REGISTRY, LLC, and Arizona limited liability company, on behalf of TDR Holdings, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD LANDAU, an individual; CAKE WALK CONCEPTS, LLC, an Arizona limited liability company; LANDAU DEVELOPMENTS, LLC, an Arizona limited liability company; GERRI & NORMAN PROJECTS, LLC, an Arizona limited liability company; and LANDAU ENTERTAINMENT, LLC d/b/a THE DRIP ROOM HOLDINGS, an Arizona limited liability company.<br><br>Defendants. | Chapter 11 Proceeding<br><br>Case No. 2:20-bk-06897<br><br>No. 2:20-ap-00260-DPC<br><br>**NOTICE OF REMOVAL** |

CHAD LANDAU, an unmarried man (the "**Movant**" and/or "**Debtor**"), as Defendant / Counterclaimant in the Arizona Superior Court of Maricopa County (the "**Superior Court**"), Case No. CV2019-003108 (the "**Removed Case**"), hereby removes

the Removed Case to the United States Bankruptcy Court for the District of Arizona (the "**Bankruptcy Court**").

I. **Entitlement to Removal**.

The Removed Case was commenced in the Superior Court on June 4, 2019. On June 8, 2020, the Movant commenced Chapter 11 bankruptcy, Case No. 2:20-bk-06897, (the "**Bankruptcy Case**") in the Bankruptcy Court in the District of Arizona. The Removed Case is a case that constitutes a core proceeding and/or is related to the Bankruptcy Case. As such, the United States District Court for the District of Arizona (the "**District Court**") has jurisdiction of the Removed Case pursuant to 28 U.S.C. § 1334(b). Therefore, pursuant to 28 U.S.C. § 1452(a), the Removed Case may be removed to the District Court.

Pursuant to 28 U.S.C. § 157, the District Court may refer the Removed Case to the bankruptcy judges for the district. By its General Order 128, the District Court has referred to the bankruptcy judges for this district all cases under Title 11 and all proceedings under Title 11 or arising in or related to a case under Title 11. That includes the Removed Case.

As permitted by Bankruptcy Rule 9027(a)(2), this Notice of Removal is being filed within ninety (90) days after the order for relief in the Bankruptcy Case.

a. **Status of Removed Case**.

The Removed Case is a core proceeding within the meaning of 28 U.S.C. § 157(b), as the Removed Case involves property of the bankruptcy estate and concerns the administration of the estate. (*see* 28 U.S.C. § 157(b)(2)(A)). The proceeding involves claims that have been asserted by AESTHEIC REGISTRY ("**AR**") on behalf of TDR HOLDINGS, LLC ("**TDR**" and collectively with AR, the "**Plaintiff**") against Movant and companies in which Movant directly or indirectly owns an interest for: (a) breach of contract; (b) conversion, (c) breach of good faith and fair dealing, breach of fiduciary duty, as well as seeking (d) declaratory; and (e) injunctive relief; and a counter-claims asserted by Defendants against Plaintiff for: (a) unpaid wages owing to Movant; (b) Movant's loans to TDR; (c) breach of contract regarding a promissory note between TDR and Cake Walk Concepts, LLC ("**Cake Walk**"); and (d) seeking judicial dissolution of TDR. The claims asserted by Plaintiff are core proceedings pursuant to 28 U.S.C. § 157(b)(2)(B) and the counterclaims of Movant are core proceedings pursuant to 28 U.S.C. § 157(b)(2)(C). Further, the wages and loans owing to Movant pursuant to the counter-claims fall squarely within property of Movant's bankruptcy estate in the Bankruptcy Case. Additionally, Movant owns the majority interest in Cake Walk (and made significant loans from monies borrowed from lenders who are creditors in Movant's Bankruptcy Case) to Cake Walk, which Cake Walk then loaned to TDR) and thus any recovery for sums due on the Note breached by TDR by Cake Walk would necessarily flow up to Debtor after the debts of Cake Walk were paid. The above

general descriptions of the core proceedings are specifically detailed and outlined in the Complaint that commenced the Removed Case and Defendants' Answer and Counterclaim, which is submitted herewith and incorporated herein by this reference.

Pursuant to 28 U.S.C. § 157(c)(2), the Movant does consent to the District Court's referral of the Removed Case to the Bankruptcy Court to hear and determine and to enter appropriate orders and judgments, subject to review under 28 U.S.C. § 158. Pursuant to Bankruptcy Rule 9027(a)(1), the Movant does consent to the entry of final orders of judgments by the bankruptcy judge.

**II.     Process and Pleadings.**

This notice is accompanied by copies of all process, pleadings (as narrowly defined by Fed.R.Civ.P. Rule 7(a)) and minute entries and orders filed prior to removal, plus, if available, a copy of the docket for the Removed Case from the court where the Removed Case is pending.

**III.    Filing in Superior Court.**

Promptly after the filing hereof, the undersigned will file a copy of this notice with the Clerk of the Superior Court.

**WHEREFORE**, the Movant respectfully requests entry of an order granting the relief requested herein and such other and further relief as is just and proper.

///

///

RESPECTFULLY SUBMITTED on this 3rd day of September, 2020.

By: _____
Chad Michael Landau
*Debtor / Plaintiff*
*Pro Per*

## CERTIFICATE OF SERVICE

I certify that on September 3, 2020, a copy of the foregoing **NOTICE OF REMOVAL** was served upon counsel of record via electronic mail as follows:

William G. Klain
Michelle Swann
Lang & Klain, P.C.
6730 N. Scottsdale Road, Suite 101
Scottsdale, Arizona 85253-4408
filing@lang-klain.com
*Attorneys for Defendants*

s/ *Chad Landau*
Chad Landau